UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>Plaintiff,<br><br>v.<br><br>**JOSÉ ANTONIO MESTRE-RIVERA,**<br>Defendant. | **INDICTMENT**<br>CRIMINAL NO. 25-502 (RAM)<br><br>**VIOLATIONS:**<br>18 U.S.C. § 2251(a) and (e);<br>18 U.S.C. § 2422(b);<br>18 U.S.C. § 2423(a);<br>18 U.S.C. § 2252A(a)(2);<br>18 U.S.C. § 1470<br><br>**FIVE COUNTS &**<br>**FORFEITURE ALLEGATION** |

**THE GRAND JURY CHARGES:**

### COUNT ONE
**Sexual Exploitation of Children**
(Title 18, United States Code, Section 2251(a) and (e))

From in or about June 2025, to on or about October 27, 2025, in the District of Puerto Rico and within the jurisdiction of this court,

**JOSÉ ANTONIO MESTRE-RIVERA,**

employed, used, persuaded, induced, enticed, and coerced a minor to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, and the visual depiction was produced and transmitted using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce, or attempted to do so. All in violation of Title 18, United States Code, Sections 2251(a) and (e).

*Indictment Jose Antonio Mestre-Rivera*

## COUNT TWO
**Coercion and Enticement of a Minor**
(Title 18, United States Code, Section 2422(b))

From in or about April 2025, to on or about October 27, 2025, in the District of Puerto Rico and within the jurisdiction of this court,

**JOSÉ ANTONIO MESTRE-RIVERA,**

the defendant herein, used a facility of interstate and foreign commerce, that is, electronic devices that were not manufactured in Puerto Rico, as well as internet instant messaging services, to knowingly persuade, induce, entice, and coerce an individual who had not attained the age of eighteen, that is, a 14-year-old female minor, to engage in sexual activity for which any person can be charged with a criminal offense, which includes the production of child pornography as defined in Title 18, United States Code, Section 2256(8), for which the defendant could be charged with an offense under the laws of the United States of America and Puerto Rico. All in violation of Title 18, United States Code, Section 2422(b).

## COUNT THREE
**Transportation of a Minor with Intent to Engage in Criminal Sexual Activity**
(Title 18, United States Code, Sections 2423(a))

From in or about May 2025, to in or about August 2025, in the District of Puerto Rico and within the jurisdiction of this court,

**JOSÉ ANTONIO MESTRE-RIVERA,**

did knowingly transport an individual who had not attained the age of 18 years, that is, a 14-year-old female minor, in a commonwealth, territory or possession of the United States, with intent that the female minor engage in any sexual activity for which any person can be charged with a criminal offense under the laws of the United States of America and

Puerto Rico. All in violation of Title 18, United States Code, Section 2423(a).

## COUNT FOUR
### Receipt of Child Pornography
(Title 18, United States Code, Section 2252A(a)(2))

From in or about May 2025, to on or about October 27, 2025, in the District of Puerto Rico and within the jurisdiction of this court,

**JOSÉ ANTONIO MESTRE-RIVERA,**

did knowingly distribute and/or receive, using a means and facility of interstate and foreign commerce, and in or affecting interstate and foreign commerce by any means, including by electronic devices, any child pornography as defined by Title 18, United States Code, Section 2256(8)(A). All in violation of Title 18, United States Code, Section 2252A(a)(2) and (b)(1).

## COUNT FIVE
### Transfer of Obscene Material to a Minor
(Title 18, United States Code, Section 1470)

From in or about April 2025, to on or about October 27, 2025, in the District of Puerto Rico and within the jurisdiction of this court,

**JOSÉ ANTONIO MESTRE-RIVERA,**

did use the internet, a facility and means of interstate or foreign commerce, to knowingly transfer obscene matter to an individual under the age of sixteen, that is, a 14-year-old female minor, knowing that such female individual had not attained the age of sixteen. All in violation of Title18, United States Code, Section 1470.

## FORFEITURE ALLEGATIONS

The allegations of this Indictment are re-alleged as if fully set forth herein, for the purpose of alleging forfeiture, pursuant to Title 18, United States Code, Section 2253. If convicted of the offense set forth above, **JOSÉ ANTONIO MESTRE-RIVERA,** the defendant herein, shall forfeit to the United States any and all materials or property used or intended to be used in the possession, receipt, transportation, distribution, or production of child pornography. All pursuant to Title 18, United States Code, Section 2253.

If convicted of the offenses set forth above, **JOSÉ ANTONIO MESTRE-RIVERA**, the defendant herein, shall forfeit to the United States any and all materials or property used or intended to be used in the commission of the coercion and enticement of a minor. Such property includes, but is not limited to, any cellular phone, and electronic devices used in the commission of the offense. All pursuant to Title 18, United States Code, Section 2428.

W. STEPHEN MULDROW
United States Attorney

_____
Jenifer Y. Hernández Vega
Chief, Child Exploitation & Immigration

_____
Emelina M. Agrait-Barreto
Assistant United States Attorney
Child Exploitation & Immigration

TRUE BILL.

_____
Foreperson
Date: 12-3-2025