IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

Plaintiff,

v.

JOSE ANTONIO MESTRE-RIVERA,

Defendant.

CRIMINAL NO. 25-502 (RAM)

**JOINT INFORMATIVE MOTION**
**RE: STATUS OF THE CASE**

TO THE HONORABLE COURT:

COME NOW the parties by and through the undersigned attorneys and before this Honorable Court very respectfully state and pray as follows:

1. On December 3, 2025, a grand jury returned a five-count Indictment against defendant, Jose Antonio Mestre-Rivera for sexual exploitation of children, in violation of 18 U.S.C. § 2251(a), coercion and enticement of a minor, in violation of 18 U.S.C. § 2422(B); transportation of a minor with the intent to engage in sexual criminal activity, in violation of 18 U.S.C. § 2423(a); receipt of child pornography, in violation of 18 U.S.C. § 2252A(a)(2); and transfer of obscene material to a minor, in violation of 18 U.S.C. § 1470. As of today, the defendant remains detained pending trial. *See* Docket No. 18.

2. As of today, the discovery is being prepared for disclosure. The Government anticipates that discovery will be provided by next week.

3. Thereafter, the parties will schedule an evidence inspection.

4. Based on the above, the parties respectfully request 60 days to conduct discovery.

-2-

**WHEREFORE,** the parties jointly request that the Court takes notice of the above stated

and allow the parties 60 days to conduct discovery.

**RESPECTFULLY SUBMITTED**,

In San Juan, Puerto Rico, on January 7, 2026.


**RACHEL BRILL**
Federal Public Defender

*S/Isabel Mattina-Leal*
Isabel Mattina-Leal
Assistant Federal Public Defender
USDC-PR 306805
Federal Public Defender
241 Franklin D. Roosevelt Ave.
Hato Rey, PR 00918-2441
Tel. (787) 281-4922
Fax (787) 281-4899
isabel_mattina@fd.org

**W STEPHEN MULDROW**
United States Attorney

*S/Emelina M. Agrait Barreto*
Emelina M. Agrait Barreto
USDC # 301004
Assistant United States Attorney
United States Attorney's Office
Torre Chardón, Suite 1201
350 Carlos Chardón Street
San Juan, Puerto Rico 00918
Tel. (787) 766-5656
Fax: (787) 766-5398
emelina.agrait.barreto@usdoj.gov

-2-

-3-

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

*s/Emelina M. Agrait Barreto*
Emelina M. Agrait Barreto
Assistant United States Attorney