IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

Plaintiff,

v.

JOSE ANTONIO MESTRE-RIVERA,

Defendant.

CRIMINAL NO. 25-502 (RAM)

### JOINT INFORMATIVE MOTION
### RE: STATUS OF THE CASE

TO THE HONORABLE COURT:

COME NOW the parties by and through the undersigned attorneys and before this Honorable Court very respectfully state and pray as follows:

1. On December 3, 2025, a grand jury returned a five-count Indictment against defendant, Jose Antonio Mestre-Rivera for sexual exploitation of children, in violation of 18 U.S.C. § 2251(a), coercion and enticement of a minor, in violation of 18 U.S.C. § 2422(B); transportation of a minor with the intent to engage in sexual criminal activity, in violation of 18 U.S.C. § 2423(a); receipt of child pornography, in violation of 18 U.S.C. § 2252A(a)(2); and transfer of obscene material to a minor, in violation of 18 U.S.C. § 1470. As of today, the defendant remains detained pending trial. *See* Docket No. 18.

2. As of today, two discovery packages have been provided, including supplemental discovery requests made by the defendant that were disclosed on May 8, 2026. There is an outstanding request for a report with the metadata of the videos that are evidence in this case that will be disclosed within 10 days.

3.  In addition, an evidence inspection was conducted.

4.  On May 8, 2026, the Government tendered a plea offer that is set to expire on June 11, 2026.

**WHEREFORE,** the parties jointly request that the Court takes notice of the above stated and allow the parties 60 days to engage in plea negotiations.

**RESPECTFULLY SUBMITTED**,

In San Juan, Puerto Rico, on May 26, 2026.

<table>
<tr><td>

**RACHEL BRILL**
Federal Public Defender

*S/Isabel Mattina-Leal*
Isabel Mattina-Leal
Assistant Federal Public Defender
USDC-PR 306805
Federal Public Defender
241 Franklin D. Roosevelt Ave.
Hato Rey, PR 00918-2441
Tel. (787) 281-4922
Fax (787) 281-4899
isabel_mattina@fd.org

</td><td>

**W STEPHEN MULDROW**
United States Attorney

*S/Emelina M. Agrait Barreto*
Emelina M. Agrait Barreto
USDC # 301004
Assistant United States Attorney
United States Attorney's Office
Torre Chardón, Suite 1201
350 Carlos Chardón Street
San Juan, Puerto Rico 00918
Tel. (787) 766-5656
Fax: (787) 766-5398
emelina.agrait.barreto@usdoj.gov

</td></tr>
</table>

-3-

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

<u>*s/Emelina M. Agrait Barreto*</u>
Emelina M. Agrait Barreto
Assistant United States Attorney

-3-